JACOB GLASS, Respondent, v. JACOB OBER and Another, Appellants.— Motion to vacate order granted, upon condition that the case be argued at the January, 1924, term.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

IRVING GOLDSTEIN, Respondent, v. ROSSLER RESTAURANT, INC., Appellant.— Motion to resettle order granted, and order signed.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

LOUIS F. HOLLENBACH, etc., Plaintiff, v. GEORGE H. BORN, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of BRONX PARKWAY COMMISSION, Appellant, to Acquire Title to Lands of GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of ANDREW J. ONDERDONK and HARRY SIMMS for Appointment of Executors and Trustees in the Estate of HORATIO G. ONDERDONK, Deceased.— Motion for appointment of additinal executors and trustees granted.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of Proving the Last Will and Testament of FRANK SANTRUCEK, Deceased.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

CHARLES E. LORD and Another, Copartners, etc., Respondents, v. HARRY BERNSTEIN and Another, etc., Appellants.— Motion to open default granted upon condition that within ten days appellants pay ten dollars costs, and motion to dismiss set for argument on Monday, January 7, 1924.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

YETTA PELSINGER, Appellant, v. JENNIE SPIEGLER, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the January, 1924, term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

FREDERICK SCHANTZ, Respondent, v. A. I. NAMM & SON, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

JOSEPH W. SINNOTT, Respondent, v. METALS AND COMMERCE CORPORATION, Appellant, Impleaded with MAX BREITUNG.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

FRANK TEVELOVICH, Appellant, v. UNITED STATES STEEL PRODUCTS COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

FREDERICK E. TRAUB, Respondent, v. ARROW MANUFACTURING CORPORATION and Others, Appellants.— Motion to resettle order granted.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.   Settle order on notice.